Finding no error in the record calling for reversal, the judgment is affirmed.

## WILLIAMS v. STATE.

No. 16081.

Court of Criminal Appeals of Texas.

June 7, 1933.

Alex P. Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for receiving and concealing stolen property over the value of $50; punishment being assessed at two years' confinement in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.